UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 14-1994 DSF (SHx) | Date | 4/24/14 |
|---|---|---|---|
| Title | Robert Dove Jr., et al. v. Radical Enterprises, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Government National Mortgage Association's Motion to Dismiss; Order REMANDING Case (Dkt. No. 6)

The Government National Mortgage Association's (Ginnie Mae) motion to dismiss was filed on March 20, 2014 with a hearing date of May 12. Opposition was due April 21. No opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for May 12 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. L.R. 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994). The motion to dismiss is GRANTED.

The only basis for subject matter jurisdiction over this case was the presence of Ginnie Mae. The case had been pending in state court for two years prior to the late addition of Ginnie Mae as a party and its removal of the case to this Court. As the only basis for original jurisdiction has been eliminated, this Court has done no substantive work on the case, and the case was long pending in state court, the Court declines supplemental jurisdiction and REMANDS the case to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.